UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IDRISSA ADAMOU,

                               Plaintiff,

        -against-

COUNTY OF SPOTSYLVANIA, VIRGINIA,
et al.,

                            Defendants.
------------------------------------------------------------x

1:12-cv-07789 (ALC) (SN)

**OPINION AND ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       This suit arises from Plaintiff Idrissa Adamou's ("Plaintiff") arrest and imprisonment in New York under an out-of-state capias. Plaintiff has sued two groups of Defendants—those in Virginia, and those in New York. The Virginia Defendants include the County of Spotsylvania, Virginia; Spotsylvania County Sheriff's Office; Detective Edward J. Doyle; John and Jane Doe police officers; and Richard and Rachel Roe supervisory personnel at the Sheriff's Office (collectively "Virginia Defendants"). The New York Defendants include City of New York; New York City Policy Department; Linda Griffin, Warden, VCBC Correctional Facility; and John and Jane Stiles police officers (collectively "New York Defendant"). Plaintiff's Second Amended Complaint alleges constitutional violations of Plaintiff's First, Fourth, Fifth, and Fourteenth Amendment rights; violations of the New York State Constitution; false arrest; false imprisonment; malicious prosecution; intentional infliction of emotional distress; negligent infliction of emotional distress; negligence; and malicious abuse of process. Virginia Defendants and New York Defendants have moved to dismiss Plaintiff's Second Amended Complaint. (ECF Nos. 30, 33).

       The Court held a status conference on September 17, 2014. For the reasons stated at the

status conference, Defendants Motions are GRANTED in part and DENIED in part. Plaintiff's claims against Linda Griffin, the New York City Police Department, and the Spotsylvania County Sheriff's Office are DISMISSED in their entirety. Plaintiff's state law claims against the City of New York are DISMISSED for failure to file a notice of claim. Plaintiff's claims against Detective Doyle and other employees of the Sheriff's office are DISMISSED to the extent they are being sued in their official capacities. Plaintiff's individual capacity claims against Detective Doyle and other employees of the Sheriff's office remain.

In accordance with the Court's instructions at the status conference, Plaintiff may amend his complaint by September 30, 2014. Defendants may file any motions to dismiss by October 14, 2014. Oppositions are due by October 28, 2014, and replies are due by November 1, 2014.

**SO ORDERED.**

Dated: September 23, 2014
       New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**