UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
IDRISSA ADAMOU,

                     **Plaintiff,**

          -against-

DETECTIVE EDWARD J. DOYLE, in his individual capacity, "JOHN AND/OR JANE DOES" NOS. 1, 2, 3, ETC. (whose identities are unknown but who are known to be police officers and employees of the Spotsylvania County Sheriff's Office) in their individual capacities, THE CITY OF NEW YORK, and "JOHN AND/OR JANE STILES" NOS. 1, 2, 3, ETC. (whose identities are unknown but who are known to be police officers and employees of the New York City Police Department) in their individual capacities,

                    **Defendants.**
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-7-16

1:12-cv-07789 (ALC) (SN)

**OPINION AND ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court held a status conference in this matter on April 6, 2016. As stated at the status conference, all proceedings are STAYED as to Defendant Doyle, pending the outcome of his interlocutory appeal of this Court's ruling on his motion to dismiss to the Second Circuit.

    As to the other defendants, Plaintiff is to provide the releases contemplated in the Court's Section 1983 Plan and a written settlement demand to them. In addition, the parties are to provide a joint status report to this Court by April 27, 2016. The status report should advise the Court as to whether the parties believe it would be fruitful to engage in settlement negotiations with the assistance of a magistrate judge, the Court's annexed mediation program, or the Court itself.

Finally, in its Order dated March 14, 2016, this Court inadvertently stated that claims remain pending against the John and Jane Doe Defendants in their individual *and official* capacity. (*See* ECF No. 76 at 25.) This was in error. All claims against the Doe Defendants in their official capacity have been dismissed. The caption above has been updated to reflect this correction.

**SO ORDERED.**

**Dated:** April 6, 2016
New York, New York

**HON. ANDREW L. CARTER, JR.**
**United States District Judge**